UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| JANICE DEATON, | : |
|     Plaintiff, | : Case No. C-1-02-176 |
| vs. | : (Judge Beckwith) |
| | : (Magistrate Judge Hogan) |
| NEW YORK LIFE INSURANCE COMPANY, et al., | : **AGREED ORDER OF DISMISSAL, WITH PREJUDICE** |
|     Defendants. | : |

    It is hereby stipulated and agreed by and between Plaintiff Janice Deaton and Defendants The Paul Revere Life Insurance Company and the New York Life Insurance Company, by and through their respective counsel, and ORDERED by the Court that all claims and matters asserted herein by and between the aforementioned parties have been fully settled and are hereby dismissed, with prejudice to all further action, with each party bearing their own costs and expenses.

    SO ORDERED.

_____
Judge Beckwith

_____
William R. Ellis (0012279)
Jeffrey P. McSherry (0055993)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH  45202-2491

Attorneys for Defendants
New York Life Insurance Company and
The Paul Revere Life Insurance Company

_____
Robert R. Sparks
Parry Deering Futscher & Sparks, P.S.C.
128 East Second Street
Covington, KY  41012-2618

Attorney for Plaintiff
Janice Deaton

182367.1