UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| JANICE DEATON, | : |
| | : Case No. C-1-02-176 |
| Plaintiff, | : |
| | : (Judge Beckwith) |
| vs. | : (Magistrate Judge Hogan) |
| | : |
| NEW YORK LIFE INSURANCE | : **PLAINTIFF'S NOTICE OF** |
| COMPANY, et al., | : **DISMISSAL, WITH PREJUDICE,** |
| | : **OF DEFENDANT** |
| Defendants. | : **UNUMPROVIDENT** |
| | : **CORPORATION** |

Now comes Plaintiff Janice Deaton, by and through counsel, and hereby gives notice of her dismissal, with prejudice, of any and all claims asserted herein against Defendant UnumProvident Corporation pursuant to Federal Rule of Civil Procedure 41(a).

*[signature]*

Robert R. Sparks, Esq.
Parry Deering Futscher & Sparks, P.S.C.
128 East Second Street
Covington, KY 41012-2618

Attorney for Plaintiff
Janice Deaton

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by regular U.S. Mail, this 15 day of AUGUST 2003:

William R. Ellis (0012279)
Jeffrey P. McSherry (0055993)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202-2491

Trial Attorneys for Defendants
New York Life Insurance Company and
The Paul Revere Life Insurance Company

_____

182366.1